IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Chalmers, Claudette

Printed: 2/5/08

Case Number: 04 B 38111
Judge: Wedoff, Eugene R
Filed: 10/13/04

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:  Dismissed: November 29, 2007
Confirmed: December 9, 2004

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 16,477.00 |  |
| Secured: |  | 5,978.83 |
| Unsecured: |  | 7,463.20 |
| Priority: |  | 0.00 |
| Administrative: |  | 1,694.00 |
| Trustee Fee: |  | 833.97 |
| Other Funds: |  | 507.00 |
| Totals: | 16,477.00 | 16,477.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Ernesto D Borges Jr Esq | Administrative | 1,694.00 | 1,694.00 |
| 2. | Triad Financial Services | Secured | 5,978.83 | 5,978.83 |
| 3. | City Of Chicago Dept Of Revenue | Unsecured | 1,897.50 | 2,054.77 |
| 4. | Ford Motor Credit Corporation | Unsecured | 2,916.71 | 3,158.44 |
| 5. | Triad Financial Services | Unsecured | 737.84 | 799.00 |
| 6. | Resurgent Capital Services | Unsecured | 794.76 | 860.65 |
| 7. | ECast Settlement Corp | Unsecured | 545.14 | 590.34 |
| 8. | Silverleaf Resorts Inc | Secured |  | No Claim Filed |
| 9. | Bankfirst | Unsecured |  | No Claim Filed |
| 10. | First National Bank Of Marin | Unsecured |  | No Claim Filed |
|  |  |  | _____ | _____ |
|  |  |  | $ 14,564.78 | $ 15,136.03 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 6.5% | 131.82 |
| 4% | 81.12 |
| 3% | 30.42 |
| 5.5% | 446.37 |
| 5% | 50.02 |
| 4.8% | 16.79 |
| 5.4% | 77.43 |
|  | _____ |
|  | $ 833.97 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Chalmers, Claudette | Case Number:  04 B 38111 |
| | Judge:  Wedoff, Eugene R |
| Printed:  2/5/08 | Filed:  10/13/04 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

                Marilyn O. Marshall, Trustee, by:

                _/s/ Mach_____